## WHITE STAG MANUFACTURING CO. *v.* ELLIS ET AL., MEMBERS OF THE STATE TAX COMMISSION OF OREGON.

No. 708.   Decided February 25, 1963.

*Walter H. Evans, Jr.* for appellant.

*Robert Y. Thornton,* Attorney General of Oregon, and *Carlisle B. Roberts* and *Gerald F. Bartz,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## PATTERSON ET AL. *v.* CITY OF DALLAS.

No. 712.   Decided February 25, 1963.

*Robert C. Cox* for appellants.

*H. P. Kucera* and *Ted P. MacMaster* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.